COMMONWEALTH of Pennsylvania, Respondent

v.

Paul W. CRISAMORE, Petitioner

No. 222 MAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Maurice CHAMBERS, Petitioner

No. 121 MAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Alberto CASTILLO, Jr., Petitioner

No. 108 MAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Timothy Michael MERWARTH, Petitioner

No. 158 MAL 2017

Supreme Court of Pennsylvania.

July 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, the Petition for Allowance of Appeal is DENIED.